**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Anthony WRIGHT, Petitioner**

**No. 248 EAL 2016**

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.